1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JEFFREY L. HARDWICK,

            Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

            Defendant.

 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )

NO.  CV-10-014-CI

**JUDGMENT IN A
CIVIL CASE**

**DECISION BY THE COURT:**

    This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that:

    Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for Defendant.

    DATED: May 4, 2011

                         JAMES R. LARSEN
                         District Court Executive/Clerk

                         s/ L. Stejskal
                         Deputy Clerk